**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br>Barry Jay Esterman<br>Debtor(s)<br><br>Deutsche Bank National Trust Company, as trustee BCAP Trust LLC 2007-Aa2 Mortgage Pass Through Certificates Series 2007-A<br>Movant<br>V.<br>Barry Jay Esterman<br>Debtor(s)<br>Robert H. Holber<br>Trustee<br><br>Respondent(s) | Chapter 7<br><br>Case Number: 25-11775-amc |

**ORDER**

AND NOW, this 11th day of Sept., 2026, upon the motion of Deutsche Bank National Trust Company, as trustee BCAP Trust LLC 2007-Aa2 Mortgage Pass Through Certificates Series 2007-A, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Deutsche Bank National Trust Company, as trustee BCAP Trust LLC 2007-Aa2 Mortgage Pass Through Certificates Series 2007-A (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 9164 OLD NEWTON, ROAD, PHILADELPHIA, PENNSYLVANIA 19115.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(4) is hereby waived.

BY THE COURT:

Ashely M. Chan
UNITED STATES BANKRUPTCY JUDGE